ACCEPTED
01-15-00752-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/11/2015 10:08:02 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00752-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/11/2015 10:08:02 AM
CHRISTOPHER A. PRINE
Clerk

TUNISHA NORTON
*Appellant,*

V.

SAMUEL C. SZE
*Appellee.*

On Appeal from the County Court at Law No. 1, Fort Bend County, Texas
Cause No. 15-CCV-055348; Before the Honorable Christopher G. Morales

## MOTION TO ACCELERATE AND GIVE PRECEDENCE TO APPEAL AND NOTICE OF APPELLANT'S FAILURE TO PAY RENT

John D. Charbonnet, Jr.
State Bar Number 00785758
KOCHMAN, DONATI & CHARBONNET, LLP
12012 Wickchester, Suite 310
Houston, Texas 77079
Telephone: (713) 871-2490
Facsimile: (713) 871-2495
Email: jdcharbonnet@kdclaw.com

Attorney for Appellee
Samuel C. Sze

1

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXAS
## HOUSTON, TEXAS

TUNISHA NORTON,
*Appellant,*

V.

SAMUEL C. SZE
*Appellee.*

On Appeal from the County Court at Law No. 1, Fort Bend County, Texas
Cause No. 15-CCV-055348; Before the Honorable Christopher G. Morales

## MOTION TO ACCELERATE AND GIVE PRECEDENCE TO APPEAL AND NOTICE OF APPELLANT'S FAILURE TO PAY RENT

To the Honorable Justices of the Thirteenth Court of Appeals:

COMES NOW, Appellee, SAMUEL C. SZE, and files this Motion to Accelerate and Give Precedence to this Appeal and Notice of Appellant's Failure to Pay Rent and would respectfully show the Court the following:

## A. Introduction

Appellant is Tunisha Norton. Ms. Norton is the tenant living at 4002 Redwood Hill Ct, Fresno TX 77545 (hereinafter the "Rental Property"). Appellee is Samuel C. Sze. Mr. Sze is the landlord of the Rental Property.

## B. Procedural Background

Mr. Sze initiated eviction proceedings due to Ms. Norton's failure to pay rent. On June 16, 2015, Mr. Sze obtained a Judgment Forcible Entry & Detainer in Justice Court as to the Rental Property.

Ms. Norton appealed to County Court. On August 27, 2015, Mr. Sze obtained a judgment awarding Mr. Sze possession of the Rental Property. On August 31, 2015, Ms. Norton initiated this appeal.

## C. Motion to Accelerate and Give Precedence to this Eviction Appeal

As noted in the certificate of conference below, Ms. Norton objects to this motion to accelerate and give precedence.

Pursuant to Rule 40.1, Tex.R.App.R., Mr. Sze would request that this appeal be accelerated and give precedence. This appeal arises out of an eviction. As addressed below, Ms. Norton has failed to properly and fully pay rent during the pendency of her appeal to the county court and now during this appeal. Ms. Norton's apparent plan is to delay for as long as possible so that she can live rent free for as long as possible. Such is not fair or just. Accordingly, in the interest of justice, this appeal should be accelerated and given precedence.

## D. Notice of Failure to Pay Rent During Pendency of Appeal

Pursuant to Section 24.0053, Texas Property Code, Ms. Norton is required to pay rent to the registry of the justice court or the county during the pendency of the appeal. Even when a pauper's affidavit is filed, "the tenant shall pay the rent, as it becomes due, into the justice court or the county court registry, as applicable, during the pendency of the appeal." Section 24.0053(b). While Ms. Norton made an initial rental payment in the county court registry on July 7, 2015 (see Exhibit "A"), Ms. Norton has failed to pay into the county court registry the August or September rental payments that were due on the 4th day of the month. If necessary, Mr. Sze would request the Court to take judicial notice of the file and clerk's records.

## CONCLUSION AND PRAYER

Based upon the foregoing, Appellant, Samuel C. Sze, would request that the Court accelerate and give precedence to this appeal and do the following:

a. Set an early date for submission of the appeal;

b. Enter an order shortening the time for filing the briefs; and

c. Render an opinion and judgment at the earliest practicable time.

Respectfully submitted,

KOCHMAN, DONATI & CHARBONNET, LLP

By: _____

John D. Charbonnet, Jr.
State Bar Number 00785758

12012 Wickchester, Suite 310
Houston, Texas 77056
Telephone: (713) 871-2490
Facsimile: (713) 871-2495
Email: jdcharbonnet@kdclaw.com

Attorney for Appellee
Samuel C. Sze

## CERTIFICATE OF CONFERENCE

I hereby certify that on Wednesday, September 9, 2015, I spoke with Appellant Tunisha Norton regarding this motion. Ms. Norton would not agree that this appeal should be accelerated.

JOHN D. CHARBONNET, JR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was deposited this _11th_ day of September 2015, with the United States Post Service with the proper first class postage, certified mail, return receipt requested, affixed and properly addressed and/or faxed to the following:

Tunisha Norton                                      CM/RRR & 1st Class US Mail
4002 Redwood Hill Ct.
Fresno TX 77545

JOHN D. CHARBONNET, JR.